# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| CHARLES A. KNOLL, | : | No. 70 WAL 2016 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| EUSTACE O. UKU, YALE | : | |
| DEVELOPMENT & CONTRACTING, INC. | : | |
| AND EXICO, INC., | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

     **AND NOW**, this 2nd day of August, 2016, the Petition for Allowance of Appeal is **DENIED**.

     Justice Wecht did not participate in the consideration or decision of this matter.